IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 1:19-cr-119-HSO-JCG-1

SHILOH KALANI PISARICH

### ORDER REQUIRING ANSWER BY THE UNITED STATES ATTORNEY, AND ADVISORY TO DEFENDANT

**BEFORE THE COURT** is the Motion [47] of Defendant Shiloh Kalani Pisarich to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed pursuant to 28 U.S.C. § 2255 . Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts ("Section 2255 Rules"), preliminary consideration of Defendant's claims establishes that summary dismissal is not warranted. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, copies of Defendant's pleadings and this Order shall be served by the Clerk of the Court upon the United States Attorney.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the United States Attorney shall file an answer or other responsive pleading within thirty (30) days after receipt of this Order, and shall forward a copy of same to Defendant. The answer shall be in the form provided by Rule 5(b) of the § 2255 Rules.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Defendant Shiloh Pisarich shall file any reply he wishes to file to the United States Attorney's answer or other responsive pleading within fourteen (14) days after the United States Attorney files a response.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Defendant is to immediately notify the Clerk of Court and the United States Attorney in writing of any change in his address. He shall caption any such change of address advisory as "Notice to the Court of Change of Address" and not include any motions or other matters in such notice. This notice shall contain only information pertaining to the address change and the effective date of such change of address. Failure by Defendant to immediately notify the Clerk of Court and the United States Attorney of any change in Defendant's mailing address will be interpreted by the Court as a failure to prosecute and may result in the dismissal of Defendant's § 2255 Motion.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Defendant is advised that he is obligated under both the Federal Rules of Civil Procedure and this Court's Local Rules to send to the United States Attorney a copy of all pleadings, motions, or other documents he submits to the Clerk of this court for filling. The Court may not consider any pleading, motion, or other document submitted for filing by Defendant that fails to contain a "Certificate of Service" stating the date and method (e.g., hand delivery, certified mail, or regular mail), by which Defendant sent a copy of that pleading, motion, or document to the United States Attorney.

**SO ORDERED AND ADJUDGED**, this the 3rd day of November, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE